UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LYDELL WASHINGTON,

    Plaintiff,

  v.                                                                         Case No. 22-cv-675

JAY VAN LANEN,

    Defendant.

## ORDER

On July 25, 2022, plaintiff Lydell Washington, who is incarcerated and representing himself, filed a motion asking the court to intervene in how Green Bay Correctional Institution (GBCI) allows inmates to communicate with each other and seek assistance with their litigation. (ECF No. 27.) Washington describes how in November 2021 GBCI switched to a third party vendor to handle most inmate mail. The result is now a 16-day delay from when a letter is sent to when it is received, even among inmates in the same institution. Washington requests the court order GBCI to allow him to communicate with fellow inmate Terrance Prude either by handing documents to GBCI staff for personal delivery or by allowing them to have standing meetings in the library to discuss the case. Washington asserts that, without court intervention, he will not be able to properly litigate his case because the 16-day delay in mailings will cause him to miss deadlines.

The court cannot intervene on Washington's behalf. "Federal judges must always be circumspect in imposing their ideas about civilized and effective prison administration on state prison officials . . .; federal judges know little about the management of prisons, managerial judgment generally are the province of other branches of government than the judicial; and it is unseemly for federal courts to tell a state how to run its prison system." *Scarveu v. Litscher*, 434 F.3d 972, 976-77 (7th Cir. 2006) (citing *Duran v. Elrod*, 760 F.2d 756, 759 (7th Cir. 1985)). In other words, it would not be appropriate in this context for the court to order GBCI to make an exception to its mailing policies for this case. If Washington believes his access to the courts are being limited by GBCI's mailing policy, he should seek redress from GBCI's grievance system. As to Washington's concerns about deadlines, he may always seek an extension of time, which, if he shows good cause, the court is likely to grant.

**IT IS THEREFORE ORDERED** that Washington's motion for legal assistance (ECF No. 27) is **DENIED**.

Dated at Milwaukee, Wisconsin this 22nd day of August, 2022.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge